## RECONSIDERATION DOCKET

**95–550. State ex rel. George v. Internal Revenue Serv.**
In Mandamus. Reported at 81 Ohio St.3d 1465, 690 N.E.2d 1286. On motion for reconsideration. Motion denied.

**96–84. Goldberg Cos., Inc. v. Richmond Hts. City Council.**
Cuyahoga App. Nos. 68291 and 68292. Reported at 81 Ohio St.3d 207, 690 N.E.2d 510. On motion for reconsideration. Motion denied.
    LUNDBERG STRATTON, J., dissents.

**96–1777. Fidelholtz v. Peller.**
Stark App. No. 1995CA00340. Reported at 81 Ohio St.3d 197, 690 N.E.2d 502. On motion for reconsideration. Motion denied.
    DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

**96–2227. Pipe Fitters Union Local 392 v. Kokosing Constr. Co.**
Hamilton App. Nos. C–950220 and C–950234. Reported at 81 Ohio St.3d 214, 690 N.E.2d 515. On motion for reconsideration. Motion denied.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–2531. Northfield Homes, Inc. v. Northfield.**
Summit App. No. 18296. Reported at 81 Ohio St.3d 259, 690 N.E.2d 881. On motion for reconsideration. Motion denied.
    F.E. SWEENEY and PFEIFER, JJ., dissent.